**Damion Montez MOSLEY,**
**Petitioner–Appellant,**

v.

**RUSTBURG CORRECTIONAL UNIT**
**# 9, Respondent–Appellee.**

**No. 01–7657.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Damion Montez Mosley, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Damion Montez Mosley appeals the district court's order dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) for failure to exhaust state remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Mosley v. Rustburg Corr. Unit # 9,* No. CA–01–657–7 (W.D.Va. Aug. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*